

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2015

No. 04-14-00908-CR

Kit **SHUM,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR1592
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant's request for oral argument is DENIED.

It is so **ORDERED** on November 12, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court